FILED _____ _____ ENTERED
_____ LOGGED _____ RECEIVED

JAN 2 3 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DeBORAh RiNGGOLD

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint.  If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

JOhNS HOPKiNS HOSPiTAL

_____

_____

*(Write the full name of each defendant who is
being sued.  If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **CCB 17 CV 0229**

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes   ☐ No
            *(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — DeBorAh RiNGGoLD
Street Address — 10 MARKS MANOR CouRT
City and County — KANdAllstoWN, BAlTiMoRe COUNTY
State and Zip Code — MD 21133
Telephone Number — (410) 922 - 3913
E-mail Address — debCO7 (@) MSN.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name — JOhNS HOpKiNS HOspitAL
Job or Title (if known) — AttorNey: GReGORY M. GARReTT OF TYDiNGS ANd ROSeNBeRG, LLP
Street Address — 100 EAST pRATT STReeT, 26th FLOOR
City and County — BALTiMoRe CiTY
State and Zip Code — MD 21202
Telephone Number — (410) 752 - 9767
E-mail Address (if known) — GGARReTT (@) TYdiNGSLAW.COM

Defendant No. 2

    Name               _____

    Job or Title
    (if known)       _____

    Street Address    _____

    City and County  _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known)       _____

Defendant No. 3

    Name               _____

    Job or Title
    (if known)       _____

    Street Address    _____

    City and County  _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known)       _____

Defendant No. 4

    Name               _____

    Job or Title
    (if known)       _____

    Street Address    _____

    City and County  _____

    State and Zip Code _____

    Telephone Number _____

    E-mail Address
    (if known)       _____

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

IF The STATe is NOT ABle oR NOT WilliNG TO PROSeCute JOHNS HOPKiNS HOSPitAL, TheN CAN oR Does The FeDeRAL GOVeRNMeNT STeP iN ?

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of
       the State of *(name)* _____. *Or* is a citizen of
       *(foreign nation)* _____.

   b.    If the defendant is a corporation

       The defendant, *(name)* _____, is
       incorporated under the laws of the State of *(name)*
       _____, and has its principal place of
       business in the State of *(name)* _____. *Or* is
       incorporated under the laws of *(foreign nation)*
       _____, and has its principal place of
       business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an
   additional page providing the same information for each additional
   defendant.)*

3.    The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant
   owes or the amount at stake—is more than $75,000, not counting interest
   and costs of court, because *(explain)*:

   _____

   _____

   _____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.  • JOHNS HOPKINS HOSPITAL IS CONTINUING TO
BLOCK ME FROM RECIEVING STROKE SERVICES and have been
DOING SO FOR MORE THAN 4 YEARS NOW.

• ON NOVEMBER 12, 2012 at AROUND 9AM, I WENT to the
JOHNS HOPKINS HOSPITAL ER DEPARTMENT BECAUSE MY
HEAD WAS ACHING REALLY BAD and I had TROUBLE SEEING
OUT OF MY RIGHT eye. The DOCTORS At Johns HOPKINS HOSPITAL
INFORMED ME that I had A Recent STROKE ON JUNE 20, 2012.

• I WAS KEPT Overnight FOR OBSERVATION and A LADY FROM STROKE
SERVICES CAME AROUND to take MY INFORMATION, SO I THOUGHT
I WAS GOING to RECIEVE STROKE SERVICES. INSTEAD, ON
The EVENING OF NOVEMBER 13, 2012, I RECEIVED DISCHARGE
PAPERS WHICH HAD NO MENTION OF ME HAVING A STROKE.

• HOWEVER, THE 5-PAGE REPORT FROM JOHNS HOPKINS HOSPITAL
CONFIRMED THAT I HAD A STROKE.

• JUST LAST WEEK, I HAD to CALL THE MARYLAND DEPARTMENT
OF HEALTH and MENTAL HYGIENE (DHMH) to MS. RENEE B.
WEBSTER'S OFFICE, TO Let her KNOW THAT I STILL WASN'T
ABLE to GET MY SPECIALTY STROKE CARE.

• THIS CASE HAS Been At THE HEALTHCARE ALTERNATIVE
RESOLUTION OFFICE (HCA) SINCE JUNE OF 2015 (HCA
# 2015-248).

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to
order. Do not make legal arguments. Include any basis for claiming that the wrongs
alleged are continuing at the present time. Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts. Include any punitive or
exemplary damages claimed, the amounts, and the reasons you claim you are entitled to
actual or punitive money damages. For any request for injunctive relief, explain why
monetary damages at a later time would not adequately compensate you for the injuries
you sustained, are sustaining, or will sustain as a result of the events described above, or
why such compensation could not be measured.

I Would Like To Recieve DAMAges FROM JohNs
Hopkins HospitAL iN The Amount OF $750,000,
BeCAUse they've Been TOLD TO Give Me STROke
SeRVices and they Still HAVen't DoNe iT, Also, I Would
Like My MeDiCAL HistoRY (of A StRoke) to Be RestoRed BY
Johns Hopkins HospitAL So thAt I CAN Be ABle to FiNALLY
Recieve STROke SeRVices ANyWhere I GO.

7

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served.  I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing Jan 15 , 20 17.

Signature of Plaintiff        Deborah Ringgold
Printed Name of Plaintiff     DEBORAH RINGGOLD

*(If more than one plaintiff is named in the complaint, attach an additional
certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____ , 20 __.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
Email Address               _____

8

1. The facts of this case are:

JOHNS HOPKINS HOSPITAL IS CONTINUING TO BLOCK Me. It's BeeN over 4 yeARS Now. and I hAVeN't Been ABle to RecieVe STROKe SeRVices AnyWheRe, NeitheR IN MARYLANd NOR OUT-OF-STATE. I had to CAll over to the MARYland DepARTMent of HeALTh and MentAl HyGiene (DHMH) to MS. Renee B. WeBsteR's office, To Let her KNow thAt I Still WAsN't ABle to Get Any specialty CARe FOR STROKe LAST Week. This CAse has Been over to the HeALthCARe AlteRNAtiVe Dispute ResoLUtion office (HCA) SiNce JUNe of 2015 (HCA # 2015-248). I hAVe DR. ADRIAN GOLdSZMidt's Letter from JUNe of 2013 WheRe he RecoMMended MedicAl MANAgement and his Book CAlled "STROKe EssentiAls" (2010). I hope This Will Be EXpeRT ENOUgh to ResoLVe This CAse, BecAUse I Need JohNs HopKiNs HOSpitAl to fut My MedicAL HISTORY RestoRed to WheRe It SAid I had A STROKe, SO I CAN Be ABle to RecieVe STROKe SeRVices ANyWheRe I GO.

On November 12, 2012 at around 9am, I went to the Johns Hopkins Hospital ER Department because my head was aching really bad and I had trouble seeing out of my right eye. The Doctors at Johns Hopkins Hospital informed me that I had a recent stroke on June 20, 2012. I was kept overnight for observation and a lady from stroke services came around to take my information, so I thought I was going to recieve stroke services. Instead, on the evening of November 13, 2012, I received discharge papers (done by Dr. John Walter Krakauer) which had no mention of me having a stroke. However, the 5-page report that was also written by Dr. John Krakauer confirms that I had a stroke.

I had a follow-up appointment with the Neurology Department to see Dr. Richard Leigh, a vascular neurology specialist. I was hoping to recieve follow-up specialty care, but all I got was a prescription for Lipitor

ONCE AGAIN, I Thought I WAS GONNA Recieve
HELP. DR. ELisaBeth MARSh, ASSiSTANT NEUROLOGY
PROFESSOR and NEUROLOGY Residency PROGRAM
ASSOCiate DiRecTOR, WAS AgReed to see Me ON
DECEMBER 10, 2014 AT JOHNS HOPKINS BAYViEW
MEdiCAL CeNTeR. I WAS HopiNG TO Recieve
STROKE SeRViCeS, BUT DR. MARSh SAid "JUST
BECAUSE They PUT DOWN STROKE DoesN'T MEAN
THAT YOU ACTUALLY HAd A STROKE". I DON'T
UNdeRSTANd Why JOHNS HopkiNS HOSPiTAL'S
MEdiCAL RECORds AlReAdy STATEd thAT I hAd
HEART ATTACKS, TIA, STROKe, 9Nd IScheMiC
OptiC NEUROPAThy OF The RiGhT EYe. This is
EXTReMe, INTENTiONAL, RECKLESS CONdUCT, Which
hAS CAUSEd Me SeVeRe EMOTIONAL DiSTRESS.
This is RiDiCULOUS. IN DR. ADRIAN GOLdSZMdt's
BOOK "STROKe ESSENTiALS" (2010 Edition), ON PAge 25,
He MENTiONS thAt "The TeRM 'TIA' is Used
to ENCOMPASS EPiSOdes LASTiNG LESS ThAN
24 hOURS... PATieNTs With (TIA) SYMPTOMS OFTEN
DEVELOP IScheMiC LESiONS ON BRAiN IMAGiNG...
The MECHANISMS, WORKUP, 9Nd TREATMENT OF TIA

ARe The SAMe AS FoR IscheMic STRoKe.
PATieNts With TIA Are At A High RisK
FoR DeveLoPiNG STRoKe iN The ShoRT TeRM".

P. S. I Hope This COuRT CAN HeLp Me.