IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEBORAH RINGGOLD, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. CCB-17-229 |
| JOHNS HOPKINS HOSPITAL, | * | |
| Defendant | * | |
| | *** | |

## ORDER

The above-captioned case was filed on January 23, 2017. Plaintiff has neither paid the filing fee nor filed a motion to proceed in forma pauperis. For the reasons that follow, she shall not be required to correct the error.

Plaintiff is suing Johns Hopkins Hospital for failure to properly diagnose a stroke and for failure to provide follow-up care for a stroke. ECF No. 1. She asserts that Johns Hopkins Hospital is "continuing to block[her] from receiving stroke services." *Id*., p. 6 Plaintiff seeks damages in the amount of $750,000 and asks that her medical history of a stroke "be restored" *Id*., p. 7.

Medical malpractice claims do not involve a federal question as there is no constitutional or federal statutory right to error-free medical care, nor is there a federally protected right to the cooperation of one's physician in the provision or coordination of care under the circumstances Ms. Ringgold describes. To the extent the complaint presents a state-law claim of medical malpractice, it may only be brought in federal court if there is diversity of citizenship between the parties. *See* 28 U.S.C. § 1332(a)(1). Plaintiff resides in Maryland and is suing a Maryland hospital. There is no diversity between the parties, and thus, no basis for jurisdiction over the case. The case must be dismissed without prejudice.

Accordingly, it is this 2nd day of February, 2017, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The complaint IS DISMISSED without prejudice;

2. The Clerk SHALL PROVIDE a copy of this order to plaintiff; and

3. The Clerk SHALL CLOSE this case.

_____/S/_____
Catherine C. Blake
United States District Judge